IN THE

COURT OF CRIMINAL APPEALS

BRIAN TAYLOR

VS.                    §    PD# 1403-15
                       §
THE STATE OF TEXAS     §
                       §

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 7 2015

Abel Acosta, Clerk

MOTION TO COMPEL THE WARDEN TO
SUPPLY THE APPELLANT WITH LEGAL SUPPLIES AS NEEDED

FILED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

NOW COMES BRIAN TAYLOR APPELLNT PRO-SE AND MOVES THIS COURT

TO ORDER THE WARDEN OF BILL CLEMENTS UNIT TO SUPPLY THE APPELLANT

WITH LEGAL SUPPLIES. THE APPELLANT SHOWS THE FOLLOWING:

1. THE APPELLANT HAS REQUESTED SUPPLIES FROM MISS DAVIS THE

LIBRARY WORKER AND WAS DENIED ON 11/02/2015.

2. THE APPELANT WAS GRANTED TO MOTION TO SUSPEND RULE 9.3(b)

T.R.A.P ON 10/29/2015, AND WAS GRANTED MOTION FOR EXTENSION OF

TIME ON HIS PETITION FOR DISCRETIONARY REVIEW ON 10/29/2015.

3. THE APPELLANT CANT NOT MEET THE DEAD LINE IF HE CAN NOT RECIVE

LEGAL SUPPLIES TO DO HIS PETITION

WHEREFORE THE PETITIONE PRAYS THIS HONORABLE COURT WILL

GRANT THIS MOTION  TO COMPLE. AND ANY OTHER OEDERS DEEMED

RESPECTFULLY SUBMITTED

APPELLANT

IN THE

COURT OF CRIMINAL APPEALS

BRIAN TAYLOR                        §
                                    §
VS.                                 §          PD# 1403-15
                                    §
STATE OF TEXAS                      §


ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

THIS CAUSE COMES BEFORE THE COURT PURSENT TO A MOTION TO COMPEL. THE COURT HAVING SEEN, INSPECTED, AND BEING DULY ADVISED IN THE PREMISES OF SAID MOTION NOW FINDES THAT THE PETITIONERS MOTION SHOULD BE AND IS HEREBY GRANTED.

IT IS THEREFORE ORDERED BY THIS COURT THAT THE PETITIONERS MOTION TO COMPEL IS GRANTED.


SO ORDERED ON THIS _____DAY OF _____,2015.


_____
JUDGE PRESIDING